IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'08 - CV - 00896**
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 3 0 2008

GREGORY C. LANGHAM
      CLERK

Daboera Westbrooks, Plaintiff,

v.  Qwest Communications,

Direct T.V.,

Dish Network,

Digital T.V.,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

## COMPLAINT

---

(Rev. 07/06)

## PARTIES

1. Plaintiff __Deborah Westbrook__ is a citizen of __Colorado__
   who presently resides at the following address:
   _____

2. Defendant __Qwest__ is a citizen of __Contractor__
   who live(s) at or is/are located at the following address:
   _____

3. Defendant __Direct T.V__ is a citizen of __Contractor__
   who live(s) at or is/are located at the following address:
   _____

(Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:
   #490
   #430
   #470

5. Briefly state the background of your case:

   911 Emergency faulty and cuts off on cell phone not able to send Police and protection or EMTs

(Rev. 07/06)

2

## SECOND CLAIM FOR RELIEF
### AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

I Do not owe Qwast no money a phone Should Be tuenad on in my Apartment Building I'm not able to Even know Who is at my Door! from outside no Communication set up!

THIRD CLAIM FOR RELIEF
AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

Phone Service Restored A.S.A.P. and the plot to <u>Kill</u> me or <u>Rape</u> me in my Apt. 105 needs to stop Several were working from inside Jails to Abuse me from Several Released to hurt my child

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

Compingation to Restore phone Service to me and the People that have Been lying on Phone to Pay Restitution

Date: 04-08-2008

Deborah Washhood
(Plaintiff's Original Signature)

1465 Jersey St
(Street Address)

Denver Colorado
(City, State, ZIP)

303-997-5814
(Telephone Number)

Taxt messaging Evil lyer on me to Police and gangs to Abuse me and make Jokes online in several schools

(Rev. 07/06)